984

S. L. CANTLEY, Receiver, etc., Appellant, v. Levi T. SLAYDEN.

No. 10372.

Circuit Court of Appeals, Eighth Circuit.
June 28, 1935.

Grover T. Owens and S. Lasker Ehrman, both of Little Rock, Ark., and W. E. Rhea, of St. Louis, Mo., for appellant.

W. P. Smith, of Walnut Ridge, Ark., for appellee.

PER CURIAM.

Appeal allowed by District Court docketed and dismissed, with costs, per stipulation of parties.

Carlos CARTINO, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 7882.

Circuit Court of Appeals, Fifth Circuit.
Oct. 31, 1935.

Carlos Cartino, in pro. per.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tisinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before FOSTER, SIBLEY, and WALKER, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

Henry L. CASON, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 7933.

Circuit Court of Appeals, Fifth Circuit.
Dec. 5, 1935.

Henry L. Cason, of Atlanta, Ga., in pro. per.

Lawrence S. Camp, U. S. Atty., Harvey H. Tisinger, Asst. U. S. Atty., and H. T. Nichols, Sp. Atty., Dept. of Justice, all of Atlanta, Ga., for appellee.

Before FOSTER, SIBLEY, and WALKER, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

In the Matter of CHEZ MARIANNE, Inc., Debtor, John W. REMER, as Trustee, etc., Appellant.

No. 222.

Circuit Court of Appeals, Second Circuit.
Nov. 22, 1935.

Abraham L. Freeman, of New York City, for appellant.

Samuel C. Duberstein, of Brooklyn, N. Y., for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Appeal dismissed in open court.